JS-6

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MAXTON, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTA MONICA HOTEL OWNER LLC,**<br><br>Defendant. | **Case No.:** 2:22-cv-06279-FMO-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Good causing appearing, the stipulated request of Plaintiff JOHN MAXTON ("Plaintiff") and Defendant SANTA MONICA HOTEL OWNER LLC ("Defendant"), for dismissal of this action in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), is hereby GRANTED.

Further, Plaintiff and Defendant shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: December 21, 2022          /s/ _____
HON. FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE